**SUPPLEMENTAL**

# PROPOSED DISTRIBUTION

Case Number: 16-25047   ABG   Page 1   Date: May 7, 2019
Debtor Name: MARZETTE, CYNTHIA M.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,444.38 |
| | JOSEPH E. COHEN, Trustee | Admin | 001 | $4,500.00 | $4,500.00 | $0.00 | $0.00 | $1,444.38 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | COHEN & KROL | Admin | 001 | $724.63 | $724.63 | $0.00 | $0.00 | $1,444.38 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | JOSEPH E. COHEN | Admin | 001 | $333.33 | $333.33 | $0.00 | $0.00 | $1,444.38 |
| | | Percent Paid: 100.00000 % | | | | | | |
| 000006 | Lake Forest Bank | Sec | 050 | $0.00 | $0.00 | $0.00 | $0.00 | $1,444.38 |
| 000003A | Internal Revenue Service | Priority | 040 | $0.00 | $0.00 | $0.00 | $0.00 | $1,444.38 |
| 000001 | American InfoSource LP as agent for | Unsec | 070 | $1,723.48 | $0.00 | $1,723.48 | $18.78 | $1,425.60 |
| | | Percent Paid: 1.08966 % | | | | | | |
| 000002 | Navient Solutions, Inc. | Unsec | 070 | $112,934.50 | $0.00 | $112,934.50 | $1,230.30 | $195.30 |
| | | Percent Paid: 1.08939 % | | | | | | |
| 000003B | Internal Revenue Service | Unsec | 070 | $0.00 | $0.00 | $0.00 | $0.00 | $195.30 |
| 000004 | Quantum3 Group LLC as agent for | Unsec | 070 | $320.75 | $0.00 | $320.75 | $3.49 | $191.81 |
| | | Percent Paid: 1.08807 % | | | | | | |
| 000005 | PYOD, LLC its successors and assigns as | Unsec | 070 | $340.55 | $0.00 | $340.55 | $3.71 | $188.10 |
| | | Percent Paid: 1.08941 % | | | | | | |
| 000007 | Capital One Bank (USA), N.A. | Unsec | 070 | $3,384.37 | $0.00 | $3,384.37 | $36.87 | $151.23 |
| | | Percent Paid: 1.08942 % | | | | | | |
| 000008 | Comenity Capital Bank | Unsec | 070 | $956.02 | $0.00 | $956.02 | $10.41 | $140.82 |
| | | Percent Paid: 1.08889 % | | | | | | |
| 000009 | Prosper Marketplace Inc. | Unsec | 070 | $6,926.96 | $0.00 | $6,926.96 | $75.46 | $65.36 |
| | | Percent Paid: 1.08937 % | | | | | | |
| 000010 | Prosper Marketplace Inc. | Unsec | 070 | $5,999.56 | $0.00 | $5,999.56 | $65.36 | $0.00 |
| | | Percent Paid: 1.08941 % | | | | | | |
| << Totals >> | | | | $138,144.15 | $5,557.96 | $132,586.19 | $1,444.38 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Trustee's Certification of Accuracy
Proposed Supplemental Distribution dated May 7, 2019

I, Joseph E. Cohen, Trustee of the Estate of Cynthia M. Marzette hereby certify that the information contained in the above Proposed Distribution Report is true and accurate to the best of my knowledge as of May 7, 2019. Dated May 7, 2019

Trustee's Signature _____[signature: Jos E. Cohen]_____ Dated: May 7, 2019

PROPDISA
Printed: 05/07/19 10:41 AM   Ver: 22.01a